1 VICKI H. YOUNG
Law Offices of Vicki H. Young
2 706 Cowper Street, Suite 205
Palo Alto, California 94301
3
Telephone (415) 421-4347
4 Fax (650) 289-0636

5 Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00932 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION RE CONTINUANCE |
| ) | OF SENTENCING DATE; |
| v. ) | [] ORDER |
| ) | |
| MICHAEL LOPEZ-FLORES, aka ) | Date: August 2, 2012, |
| GUSTAVO COLIN LOPEZ, ) | Time: 10:00 a.m. |
| ) | Judge: Jensen |
| Defendant. ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorney Thomas Colthurst and Gustavo Colin Lopez, through his attorney Vicki H. Young, that the sentencing hearing which is currently scheduled for Aug. 2, 2012, be continued to Aug. 23, 2012, at 10:00 a.m.

This continuance is necessary because defense counsel Vicki H. Young needs additional time to get court records and prepare the sentencing memorandum.

USPO Lori Gunderson has been advised of this request for a continuance and has no objection.

///

///

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1 | It is so stipulated.
2 | Dated: July 24, 2012               Respectfully submitted,

/s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Gustavo Colin Lopez

Dated: July 24, 2012               MELINDA HAAG
                                   UNITED STATES ATTORNEY

/s/ Thomas Colthurst
THOMAS COLTHURST
Assistant United States Attorney

## ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for August 2, 2012, is continued to August 23, 2012, at 10:00 a.m.

DATED:  ï ÐFÐG

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -