MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-00823-DLJ |
| ) | No. 10-00932-DLJ |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED STIPULATION AND |
| ) | [PROPOSED] ORDER CONTINUING |
| GUSTAVO COLIN LOPEZ, ) | HEARING DATE |
| aka MICHAEL LOPEZ-FLORES, ) | |
| ) | |
| Defendant. ) | |

     The defendant GUSTAVO COLIN LOPEZ (aka MICHAEL LOPEZ-FLORES), represented by Vicki H. Young, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for August 23, 2012, be continued to September 6, 2012.

     On March 1, 2012, GUSTAVO COLIN LOPEZ pleaded open to the charges in both cases. He has been in custody since he was arrested.

     The parties are requesting that his sentencing hearing be reset to September 6, 2012.

STIPULATION AND [PROPOSED] ORDER
Case Nos. 10-CR-00823-DLJ and 10-CR-00932-DLJ

No other defendants are affected by this request.

SO STIPULATED:

Dated: August 6, 2012          /S/
                               Thomas A. Colthurst
                               Assistant United States Attorney


Dated: August 6, 2012          /S/
                               Vicki H. Young, Esq.
                               Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States V. Gustavo Colin Lopez*, and *United States v. Michael Lopez-Flores*, scheduled for August 23, 2012, is continued to September 6, 2012, at 10:00 a.m.

DATED: _____            _____
                             THE HONORABLE D. LOWELL JENSEN
                             United States District Judge