VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347
Fax (650) 289-0636

Counsel for Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00823 DLJ |
| Plaintiff, | STIPULATION RE CONTINUANCE OF SENTENCING DATE; [] ORDER |
| v. | |
| GUSTAVO COLIN LOPEZ, | Date: November 29, 2012<br>Time: 10:00 a.m. |
| Defendant. | Judge: Jensen |

It is hereby stipulated between the defendant Gustavo Colin Lopez, by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of November 29, 2012, at 10:00 a.m. be continued to January 10, 2013, at 10:00 a.m. The reason for this continuance is that defense counsel has requested Giglio material regarding a witness the Government intends to call at a sentencing hearing. The government has submitted an application to released the sealed documents with a protective order. After the materials are received, defense counsel will need additional time to review the materials and prepare a sentencing memorandum.

Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

STIPULATION RE CONTINUANCE;
[] ORDER

- 1 -

1 | It is so stipulated.
2 | Dated: November 25, 2012  Respectfully submitted,
3 |
4 |
5 |    /s/ Vicki H. Young
  | VICKI H. YOUNG, ESQ.
  | Attorney for Gustavo Colin Lopez
6 |
7 |
8 | Dated: November 25, 2012  MELINDA HAAG
  | UNITED STATES ATTORNEY
9 |
10 |
11 |    /s/ Thomas Colthurst
   | THOMAS COLTHURST
   | Assistant United States Attorney
12 |

STIPULATION RE CONTINUANCE;
[] ORDER

1 **ORDER**

GOOD CAUSE BEING SHOWN, the sentencing date set for November 29, 2012, is continued to January 10, 2013, at 10:00 a.m.

DATED: FFȄȈ ƎFG

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -