VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone   (415) 421-4347
Fax           (650) 289-0636

Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL LOPEZ-FLORES, aka<br>GUSTAVO COLIN LOPEZ,<br><br>           Defendant. | No. CR 10-00932 DLJ<br><br>STIPULATION RE CONTINUANCE<br>OF SENTENCING DATE;<br>[] ORDER<br><br>Date:   November 29, 2012<br>Time:   10:00 a.m.<br>Judge:  Jensen |

     It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of January 10, 2013, at 10:00 a.m. be continued to February 14, 2013, at 10:00 a.m. The reason for this continuance is that the parties are discussing whether an evidentiary hearing will be necessary and have not finalized their discussions. In addition, defense counsel will be in two State Bar trials for most of January, and will not have time to prepare a sentencing memorandum until February.

     Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

STIPULATION RE CONTINUANCE;
[] ORDER

1 | It is so stipulated.
2 | Dated: January 7, 2013          Respectfully submitted,
3 |
4 |
5 |                                  /s/ Vicki H. Young
    |                                 VICKI H. YOUNG, ESQ.
    |                                 Attorney for Gustavo Colin Lopez
6 |
7 |
8 | Dated: January 7, 2013          MELINDA HAAG
    |                                 UNITED STATES ATTORNEY
9 |
10 |
11 |                                 /s/ Thomas Colthurst
    |                                 THOMAS COLTHURST
    |                                 Assistant United States Attorney
12 |

STIPULATION RE CONTINUANCE;
[] ORDER

- 2 -

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for January 10, 2013 is continued to February 14, 2013, at 10:00 a.m.

DATED: FEJEFTH

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -