VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347
Fax (650) 289-0636

Counsel for Michael Lopez Flores aka Gustavo Colin Lopez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00932 DLJ |
| Plaintiff, ) | STIPULATION RE CONTINUANCE OF SENTENCING DATE; [] ORDER |
| v. ) | |
| MICHAEL LOPEZ-FLORES, aka ) GUSTAVO COLIN LOPEZ, ) | Date: February 14, 2013 Time: 10:00 a.m. Judge: Jensen |
| Defendant. ) | |

It is hereby stipulated between the defendant Michael Lopez-Flores aka Gustavo Colin Lopez by and through his attorney of record VICKI H. YOUNG, and the government, through Assistant United States Attorney Thomas Colthurst, that the sentencing date of February 14, 2013, at 10:00 a.m. be continued to March 7, 2013, at 10:00 a.m. The reason for this continuance is that the parties are still discussing whether an evidentiary hearing will be necessary and have not finalized their discussions.

Probation Officer Lori Gunderson is no longer with the Probation Office. It is not known if the case has been reassigned or will be handled by a duty officer.

///

STIPULATION RE CONTINUANCE;
] ORDER

- 1 -

It is so stipulated.

Dated: February 11, 2013          Respectfully submitted,


 /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Gustavo Colin Lopez


Dated: February 11, 2013          MELINDA HAAG
                                  UNITED STATES ATTORNEY


  /s/ Thomas Colthurst
THOMAS COLTHURST
Assistant United States Attorney

STIPULATION RE CONTINUANCE;
] ORDER

# ORDER

GOOD CAUSE BEING SHOWN, the sentencing date set for February 14, 2013, is continued to March 7, 2013, at 10:00 a.m.

DATED: 2/12/13

_____
D. LOWELL JENSEN
SENIOR U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE;
[] ORDER

- 3 -